ORIGINAL

SEALED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 1 3 2025

CLERK, U.S. DISTRICT COURT
By_____
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BLOCKQUOTE INC., <br><br> Plaintiff-Relator, <br><br> v. <br><br> TORNADO BUS COMPANY, INC., and EL EXPRESO GROUP, LLC, <br><br> Defendants. | NO. _____ <br> **3 ·25CV3101-N** <br><br> COMPLAINT AND JURY DEMAND <br><br> **Filed Under Seal** <br> pursuant to <br> 31 U.S.C. § 3730(b)(2) |

## COMPLAINT

1.  Relator Blockquote, Inc. ("Relator") brings this action on behalf of itself and the United States of America against Defendants Tornado Bus Company, Inc., and El Expreso Group, LLC, for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 *et seq.*

2.  This action seeks to recover funds that were loaned to Defendants through the federal Government's Paycheck Protection Program ("PPP") and forgiven by the Government as a result of false applications.

3.  Defendants received Second Draw PPP loan forgiveness totaling more than $2.8 million, notwithstanding that they had common ownership and common management and the companies collectively employed more than 300 employees.

4.  Had these entities properly applied the SBA's Affiliation Rules for PPP

loans—the purpose of which is to prevent exactly this sort of "unbundling" of companies to circumvent PPP requirements—Defendants would not have been eligible for Second Draw PPP funding.

## JURISDICTION AND VENUE

5.    This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1331, 1345.

6.    Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 31 U.S.C. § 3732(a), as one or more defendants resides or transacts business in this jurisdiction and violations of the False Claims Act described herein occurred in this district.

## PARTIES

7.    Relator Blockquote, Inc. is a company based in California that produces public interest research, news reporting, and investigations.

8.    Tornado Bus Company, Inc. ("Tornado Bus Company") has a principal office address of 8630 E R L Thornton Freeway, Dallas, TX 75228.

9.    El Expreso Group, LLC ("El Expreso Group") has a principal office address of 8630 E R L Thornton Freeway, Dallas, TX 75228.

10.    Defendants are family owned and operated bus lines.

## THE PAYCHECK PROTECTION PROGRAM

11.    During the COVID-19 pandemic, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"). Section 1102 of the CARES

Act contains a program called the Paycheck Protection Program ("PPP"), a program administered by the U.S. Small Business Administration ("SBA") to provide economic relief to small businesses nationwide adversely impacted by the coronavirus pandemic.

12.     Section 1102 of the CARES Act temporarily permitted SBA to guarantee 100% of the PPP loans. Section 1106 of the CARES Act provided for forgiveness of up to the full principal amount of qualifying loans guaranteed under the PPP.

13.     The CARES Act gives lenders delegated authority to process loan applications for PPP funding. SBA allowed lenders to rely on certifications of the borrowers in order to determine eligibility of the borrower and use of loan proceeds, and to rely on specified documents provided by the borrower to determine qualifying loan amount, and eligibility for loan forgiveness.

14.     The Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), authorized and funded a Second Draw PPP Loan program.

15.     For Second Draw PPP Loans, lenders were compensated by the federal government via processing fees based on the balance of the financing outstanding at the time of final disbursement, in the amount of five (5) percent for loans of more than $50,000 and not more than $350,000, and in the amount of three (3) percent for loans above $350,000.

16. Each borrower certified on the Second Draw loan applications that they were eligible to receive the loans under the program guidelines and that their applications and supporting documentation were accurate.

17. Borrowers were later able to seek forgiveness of the loans if the funds were used for eligible payroll costs, payments on business mortgage interest payments, rent, or utilities during either the 8- or 24-week period after disbursement.

## PPP LOANS

### *First Draw Loans*

18. Defendants collectively received $3,025,725 in First Draw loan forgiveness and reported 410 total jobs.

19. Tornado Bus Company was approved for a First Draw PPP loan of $2,142,600 on April 10, 2020 by Prosperity Bank. It reported 280 jobs. The loan plus interest was forgiven, for a total of $2,170,131.

20. El Expreso Group, LLC was approved for a First Draw PPP loan of $845,700 on April 14, 2020 by Prosperity Bank. It reported 130 jobs. The loan plus interest was forgiven, for a total of $855,594.

### *Second Draw Loans*

21. Defendants collectively received $2,868,431 in Second Draw loan forgiveness and reported 386 total jobs.

22. Tornado Bus Company was approved for a Second Draw PPP loan of

$2,000,000 on Feb. 18, 2021 by Prosperity Bank. It reported 274 jobs. The loan plus interest was forgiven, for a total of $2,015,726.

23. El Expreso Group, LLC was approved for a Second Draw PPP loan of $845,708 on Jan. 21, 2021 by Prosperity Bank. It reported 112 jobs. The loan plus interest was forgiven, for a total of $852,705.

## INELIGIBILITY UNDER AFFILIATION RULES

24. Defendants were not eligible for the Second Draw loans because, under the PPP affiliation rules, their employment numbers should have been considered collectively.

## A.    THE AFFILIATION RULES

25. A business was eligible for a Second Draw PPP Loan if the business had 300 or fewer employees or met another limited exception.

26. When multiple entities are operated under common ownership or management, the SBA generally applies "affiliation rules" that require the various entities to consolidate their employee count when evaluating their loan eligibility.

27. Concerns and entities are affiliates of each other when one controls or has the power to control the other, or a third party or parties controls or has the power to control both. It does not matter whether control is exercised, so long as the power to control exists.

28. In May 2020, the SBA clarified that the affiliation rules included

foreign affiliates for purposes of determining eligibility. 85 Fed. Reg. 30835, 30836-37; *see also* 86 Fed. Reg. 3712, 3714-15 (January 12, 2021), codified in 13 C.F.R. § 121.

29.   Defendants are affiliated under the ownership and management tests.

30.   The "affiliation based on ownership" test states that:

> For determining affiliation based on equity ownership, a concern is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the concern's voting equity. If no individual, concern, or entity is found to control, SBA will deem the Board of Directors or President or Chief Executive Officer (CEO) (or other officers, managing members, or partners who control the management of the concern) to be in control of the concern.

31.   The "affiliation based on management" test states that:

> Affiliation arises where the CEO or President of the applicant concern (or other officers, managing members, or partners who control the management of the concern) also controls the management of one or more other concerns. Affiliation also arises where a single individual, concern, or entity that controls the Board of Directors or management of one concern also controls the Board of Directors or management of one of more other concerns. Affiliation also arises where a single individual, concern or entity controls the management of the applicant concern through a management agreement.

32.   According to filings with the State of Texas, Tornado Bus Company was owned and operated by Juan Vazquez and/or his wife Isabel Vazquez. The company's 2021 Texas Franchise Tax Public Information Report lists only Juan Vazquez as a member, director, and president.

33.   According to filings with the State of Texas, El Expreso Group's

President and a member was Juan Vazquez. Its other members were Vazquez Holdings Group, LP and Vazquez Holdings, LLC. Vazquez Holdings Group, LP listed Vazquez Holdings, LLC as its member, and Vazquez Holdings, LLC listed Juan Vazquez as its President.

34.    Thus, ultimately, both Tornado Bus Company and El Expreso Group were owned and operated by Juan Vazquez.

35.    A third affiliation test, the "identity of interest" test, applies where there is an identity of interest between close relatives—including spouses—"with identical or substantially, identical business or economic interests (such as where the close relatives operate concerns in the same or similar industry in the same geographic area)." Thus, although upon information and belief the Tornado Bus Company is primarily owned and operated by Juan Vazquez, it would still be affiliated with his other bus companies even if it were primarily owned and/or controlled by Isabel Vazquez.

36.    Tornado Bus Company and El Expreso Group formed a single-employer 401(k) plan in 2021. In order to be a single employer plan, the entities must have 80% common ownership and be considered a "controlled group" under ERISA rules. 26 U.S.C. § 1563. Otherwise, if entities outside the control group participated in the plan, then it would be a multiemployer plan. This means that any entities participating in these plans must be affiliated by ownership.

37.     In 2012, El Expreso Group filed an application under 49 U.S.C. 14303, a description of which was published in the federal register.[1] According to the supplementary information, "Applicant and Tornado, a motor passenger carrier, are owned and controlled by Jan Vazquez, an individual." Upon information and belief, this was a typo for Juan Vazquez. Further, the report explained that "El Expreso Group's application identified Tornado Bus Company, Inc. (Tornado) [as] an affiliate...."

38.     Upon information and belief, Vazquez also owns and operates a Mexican version of the Tornado Bus Company called Conexiones Tornado S. DE R.L. DE C.V.[2] This company would also be affiliated with Defendants for purposes of counting jobs for their Second Draw eligibility.

## B.     AFFILIATION RULE WAIVER REQUIREMENTS

39.     To avoid application of the affiliation rules, one of the Defendants would have to meet one of three affiliation rule waiver requirements.

40.     The affiliation rules are waived under the PPP program for any of the following three reasons: (1) any business concern with less than 300 employees that, as of the date on which the loan is funded, is assigned a North American Industry Classification System (NAICS) code beginning with

---

[1] https://www.federalregister.gov/documents/2012/07/13/2012-17184/el-expreso-group-llc-asset-acquisition-cusa-ee-llc-dba-el-expreso
[2] https://conexionestornado.com/nosotros/

the digits 72; (2) any business concern operating as a franchise that is assigned a franchise identifier code by the U.S. SBA; and (3) any business concern that "receives financial assistance from a company licensed under section 301 of the Small Business Investment Act of 1958," *i.e.*, a "small business investment company." "Financial assistance" includes any type of financing listed in 13 C.F.R. § 107.50, including loans and equity.

41.    At least two of the three waivers to the affiliation rules do not apply: Defendants were not assigned a NAICS code beginning with 72, nor have either been assigned a franchise identifier code.

42.    As for the third waiver, Relator has not found any evidence that either of Defendants had received SBIC lending at the time of the loans.

## C.    APPLICATION OF THE AFFILIATION RULES

43.    Eligibility under the Second Draw PPP loan program is limited to companies with 300 employees or fewer, including affiliates.

44.    Defendants reported 410 jobs on the First Draw applications and 386 jobs on the Second Draw applications.

45.    Further, at the start of 2021, Defendants had 352 active participants in their 401(k) plan, which was available to all employees of what it referred to as the "Tornado and El Expreso Bus Company" with 2 months of service.

46.    Thus, upon information and belief, Tornado Bus Company and El Expreso Group collectively employed more than 300 employees.

47.  Further, any employees of Conexiones Tornado would also be included in the count, raising the job count even higher.

## FALSE CERTIFICATIONS

48.  The Second Draw PPP Borrower Application Form required the applicant to certify in good faith that, *inter alia*:

(1) The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) and the Department of the Treasury (Treasury) implementing Second Draw Paycheck Protection Program Loans under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) and the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act (the Paycheck Protection Program Rules).

(2) The Applicant, together with its affiliates (if applicable)... employs no more than 300 employees...

49.  The loan application also required applicants to report "Number of Employees (including affiliates, if applicable; may not exceed 300 unless "per location" exception applies)."

50.  Defendants had to make these certifications and statements when applying for the Second Draw PPP loan. They were false when made because they failed to adequately disclose the employees of their affiliates.

## COUNT I
## VIOLATIONS OF 31 U.S.C. § 3729
## FALSE CLAIMS ACT

51.    Relator hereby incorporates and realleges all other paragraphs as if fully set forth herein.

52.    As set forth above, Defendants knowingly presented or caused to be presented false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1)(A).

53.    As set forth above, Defendants knowingly made, used, or caused to be made or used, false records or statements material to numerous false claims, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

54.    As set forth above, Defendants knowingly conspired to commit a violation of the False Claims Act, in violation of 31 U.S.C. § 3729(a)(1)(C).

55.    Due to Defendants' conduct, the United States Government has suffered substantial monetary damages and is entitled to recover treble damages and a civil penalty for each false claim, record, or statement. 31 U.S.C. § 3729.

56.    Relator is entitled to reasonable attorneys' fees, costs, and expenses. 31 U.S.C. § 3730(d)(1).

### PRAYER FOR RELIEF

WHEREFORE, Relator prays for judgment against Defendants:

(a) awarding the United States treble damages sustained by it for each of the false claims;

(b) awarding the United States a maximum civil penalty for each of the false claims and statements;

(c) awarding Relator the maximum relator's share of the proceeds of this action and any alternate remedy or the settlement of any such claim;

(d) awarding Relator litigation costs and reasonable attorneys' fees and expenses; and

(e) granting such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Relator hereby respectfully demands trial by jury on all issues and counts triable as of right before a jury.

Respectfully submitted,

Jason Marcus (*applying for pro hac vice*)
Georgia Bar No. 949698
**Bracker & Marcus LLC**
3355 Lenox Road, Suite 660
Atlanta, Georgia 30326
Telephone: (770) 988-5035
Facsimile: (678) 648-5544
Jason@fcacounsel.com

JS 44 (Rev. 10/20) – TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA ex rel. BLOCKQUOTE, INC.

**DEFENDANTS**

Tornado Bus Company Inc., et al.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Dallas**
*(IN U.S. PLAINTIFF CASES ONLY)*

RECEIVED NOV 1 2025

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Bracker & Marcus LLC
3355 Lenox Rd., Suite 660, Atlanta, GA 30326, 770-988-5035

Attorneys *(If Known)*

3-25CV3101-N

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☒ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Pharmaceutical Slander Personal Injury | | ☐ 820 Copyrights ☐ 830 Patent | ☐ 430 Banks and Banking ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability ☐ 368 Asbestos Personal ☐ 340 Marine Injury Product ☐ 345 Marine Product Liability | | ☐ 840 Trademark ☐ 880 Defend Trade Secrets | ☐ 470 Racketeer Influenced and Corrupt Organizations ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | Liability **PERSONAL PROPERTY** | **LABOR** | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle ☐ 371 Truth in Lending Product Liability | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal ☐ 380 Other Personal Injury Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - ☐ 385 Property Damage Medical Malpractice Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation ☐ 791 Employee Retirement | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights **Habeas Corpus:** | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ ☐ 530 General Accommodations | | | Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - ☐ 535 Death Penalty Employment **Other:** | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - ☐ 540 Mandamus & Other Other ☐ 550 Civil Rights ☐ 448 Education ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court |
| ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened |
| ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| ☐ 8 Multidistrict Litigation - Direct File | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 U.S.C. 3729-33

Brief description of cause:
False Claims Act; PPP loan fraud

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE
11/4/2025

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____